IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOIS CHISHOLM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | No. 11-1792 |

**O R D E R**

**AND NOW, this** 19th day of JULY , 2011, **IT IS ORDERED** that the Rule 16 Conference scheduled for August 18, 2011 is **canceled** and **rescheduled** for **Wednesday, August 31, 2011** at **10:00 a.m..** The conference will be held in chambers, Room 7613 on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.

ATTEST
BY:                                                          or                    BY THE COURT


          s/Marie O'Donnell
_____                    _____
Civil Deputy/Secretary                                              Anita B. Brody,        J.



COPIES VIA ECF ON         TO:         COPIES MAILED ON         TO: