IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOIS CHISHOLM             :
                          :
        v.                :         NO. 11-1792
                          :
NCO FINANCIAL SYSTEMS, INC. :
                          :

JUDGMENT

BEFORE BRODY, J.

AND NOW, to wit, this 10th day of August, 2011, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
It is ORDERED that judgment is entered in favor of plaintiff and against NCO Financial System, Inc. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Mary Chase*
Deputy Clerk

judg